IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01702-WYD-CBS

J & J SPORTS PRODUCTIONS, INC, as Broadcast Licensee of the November 23, 2007 Vargas/Mosley Program,

 Plaintiff,

v.

TELESFORO BARRERA, individually and d/b/a WAGON WHEEL LOUNGE, a/k/a THE WAGON WHEEL LOUNGE; and
LIDIA BARRERA, individually and d/b/a WAGON WHEEL LOUNGE, a/k/a THE WAGON WHEEL LOUNGE,

 Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

THIS MATTER is before the Court upon the document entitled "Notice of Settlement and Administrative Dismissal" filed September 19, 2008. Plaintiff asserts therein that a settlement has been reached between the parties where Defendants will pay a certain consideration over a period of time not to exceed June 16, 2009. Plaintiff further asserts that this case can be administratively closed, subject to Plaintiff being allowed to reopen the case in the event of any non-payment. Alternatively, upon completion of the terms of the settlement, Plaintiff will file a motion to dismiss the case.

Having reviewed the matter and being fully advised in the premises, I find that this case should be administratively closed, subject to reopening for good cause shown pursuant to D.C.COLO.LCivR 41.2. Good cause for reopening the case shall include non-compliance with the settlement terms, including the payment obligations. Once the

terms of the settlement have been fulfilled, Plaintiff shall file a motion to dismiss this case.

In conclusion, it is

ORDERED that this case is **ADMINISTRATIVELY CLOSED** pursuant to D.C.COLO.LCivR 41.2, subject to being reopened for good cause shown. It is

FURTHER ORDERED that once the terms of the settlement have been fulfilled, Plaintiff shall file a motion to dismiss this case.

Dated: September 24, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge